UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                               Case No. 07-cr-180-01-SM

James Laurent

O R D E R

Defendant's assented-to motion to continue the trial (document no. 12) is granted. Trial has been rescheduled for the January 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than October 31, 2007. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account

the exercise of due diligence under the circumstances.

    Final Pretrial Conference: December 19, 2007 at 4:30 PM

    Jury Selection:        January 8, 2008 9:30 AM

    SO ORDERED.

October 25, 2007

                          Steven J. McAuliffe
                          Chief Judge

cc:  Debra Walsh. Esq.
     Richard Monteith, Esq.
     U. S. Probation
     U. S. Marshal