UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.         Case No. 07-cr-180-01-SM

<u>James Laurent</u>

<u>O R D E R</u>

   Defendant's assented-to motion to continue the trial (document   no. 29) is granted. Trial has been rescheduled for the July  2008 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than May 1, 2008.  On the filing of such waiver, his continuance shall be effective.

   The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account

the exercise of due diligence under the circumstances.

Final Pretrial Conference: July 1, 2008 at 3:30 PM

Jury Selection:                    July 8, 2008 9:30 AM

SO ORDERED.

April 25, 2008                    _Steven J. McAuliffe_
                                  Steven J. McAuliffe
                                  Chief Judge

cc:  Debra Walsh. Esq.
     Richard Monteith, Esq.
     U. S. Probation
     U. S. Marshal