```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                    Criminal No. 07-cr-180-01 -SM

James Laurent


ORDER

Re: Document No. 20, Motion to Suppress

Ruling: Both motions to suppress evidence (documents 20 and 21 are denied for the reasons given in opposition by the government. As is apparent from the uncontested factual assertions, the defendant's arrest was based upon probable cause to believe that he sold controlled substances.  That is, the defendant, known to undercover officers as "Frenchie" had just completed a pre-arranged sale with an undercover officer (having made previous sales to the officer), which transaction was observed by surveillance officers, and, as defendant drove from that sale, he was stopped by the surveillance team and placed under arrest. Defendant was properly searched incident to his arrest, and, the vehicle was properly searched pursuant to a written inventory search policy after it was towed and secured.  The arrest warrant previously issued for defendant was facially sufficient in that it identified the person to be arrested as "Frenchie" – a name of significance to the officers, and a name descriptive, in context, of a specific person, the defendant.

                                            Steven J. McAuliffe
                                            Chief U.S. District Judge

Date:  August 1, 2008

cc:  Debra Walsh, Esq.
     Richard Monteith, Esq.