UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Case No.  07-cr-180-01-SM

James Laurent

## O R D E R

Defendant James Laurent has filed a motion to continue the trial (document  no.39).  Trial has been rescheduled for the November 2008 trial period.  Defendant Laurent shall file a waiver of speedy trial rights not later than August 21, 2008.  On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   October 24, 2008 at 10:00 a.m.

**Jury Selection**: November 3, 2008 at  9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

August 4, 2008

cc: Debra Walsh, Esq.
    Richard Monteith, Esq.
    US Probation
    US Marshal